IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SPENCER NEAL,

    Plaintiff,

  v.

PORTS PETROLEUM
COMPANY, INC.,

    Defendant.

Case No. 2:20-cv-2916
Chief Judge Algenon L. Marbley
Magistrate Judge Kimberly A. Jolson

## ORDER

Plaintiff filed this action seeking relief from Defendant Ports Petroleum Company, Inc., located at 404 North Urbana Street, South Vienna, Ohio 45369.  (Doc. 1).

For the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.  28 U.S.C. § 1404(a); *see also Simmons v. Lafler*, No. 14-13063, 2014 U.S. Dist. LEXIS 166466, at *6 (E.D. Mich. Dec. 1, 2014) (noting that the court may transfer the case *sua sponte* for the convenience of the parties or witnesses).  Under 28 U.S.C. § 1391, this action may have been brought in the United States District Court for the Southern District of Ohio, Western Division at Dayton because that is the "judicial district in which a substantial part of the events or omissions giving rise to the claim occurred…." *Id*.  Here, the allegations giving rise to the Complaint occurred in Clark County, Ohio.  (*See generally* Doc. 1 at 2).

Based upon the foregoing, the Court in its discretion **DIRECTS** the Clerk of Courts to **TRANSFER** this case to the United States District Court for the Southern District of Ohio, Western Division at Dayton, *see* 28 U.S.C. § 115.

IT IS SO ORDERED.


Date: June 5, 2020                    /s/Kimberly A. Jolson
                                      KIMBERLY A. JOLSON
                                      UNITED STATES MAGISTRATE JUDGE